January 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SUNNY OREH, Appellant

NO. 14-10-01267-CV                    V.

CITY PROP HOLDINGS, INC. F/K/A LIQUIDATION PROPERTIES, INC., Appellee

_____

Today the Court heard appellant's motion to dismiss Sunny Orieh's appeal from an agreed judgment in a forcible detainer action against Belinda Mangram and all other occupants signed by the court below on November 29, 2010. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by SUNNY OREH.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.